UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. DRUCKENMILLER | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | CASE NO.  3:17-cv-00386-CRS-CHL |
| GLA COLLECTION CO., INC. | ) ) ) | |
| Defendant | ) | |

## NOTICE OF SETTLEMENT

Defendant, GLA Collection Co., Inc., by and through its undersigned attorneys, William E. Smith, III of the law firm of Kightlinger & Gray, LLP hereby notifies this Honorable Court that it has reached a settlement with Plaintiff on this matter.  Dismissal papers will be filed upon finalizing settlement.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

BY:     /s/ William E. Smith, III
            William E. Smith, III
            Counsel for Defendant, GLA Collection Co., Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2018, a copy of the foregoing **"Notice of Settlement"** was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

    James H. Lawson
    Lawson at Law, PLLC
    115 S. Sherrin Avenue
    Unit #5
    Louisville, KY  40207
    james@kyconsumerlaw.com

                                          /s/ William E. Smith, III
                                          William E. Smith, III


KIGHTLINGER & GRAY, LLP
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE:  (812) 949-2300
FAX:  (812) 949-8556
E-MAIL:  wsmith@k-glaw.com